ACCEPTED
03-14-00738-CV
7596838
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/29/2015 11:52:14 AM
JEFFREY D. KYLE
CLERK

**Oral Argument Requested**

**No. 03-14-00738-CV**

**In The Court of Appeals For The
Third District of Texas at Austin**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/29/2015 11:52:14 AM

JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **Elness, Swenson, Graham Architects, Inc.,** | § | **From the 200th District Court** |
| *Appellant and Cross-Appellee,* | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **RLJII-C Austin Air, LP,** | § | |
| **RLJ II-C Austin Air Lessee, LP** | § | |
| **and RJL Lodging Fund II** | § | |
| **Acquisitions, LLC,** | § | |
| *Appellees and Cross-Appellants.* | § | **Of Travis County, Texas** |

**MOTION TO POSTPONE AND RESHCEDULE ORAL ARGUMENT**

Appellees and Cross-Appellants, RLJII-C Austin Air, LP; RLJ II-C Austin Air Lessee, LP; and RJL Lodging Fund II Acquisitions, LLC ("RLJ" collectively), respectfully move to reschedule oral argument in the above-referenced cause. To demonstrate why oral argument in this matter ought to be postponed and rescheduled, RLJ respectfully show as follows:

**I. Current Setting**

On October 8, 2015, this court set the above-captioned case for submission on oral argument on November 18, 2015, at 1:30 p.m.

1

## II. Explanation of the Cause of RLJ's Need to Request Postponement

RLJ's lead counsel in this appeal and the person RLJ planned from the outset to present its case at oral argument is Michael W. Huddleston. On October 1, Mr. Huddleston underwent a commonly-performed examination required for persons of a certain age. That procedure resulted in Mr. Huddleston being scheduled for abdominal surgery on October 8, 2015. The surgery was successful, but Mr. Huddleston will require a substantial period to recover from the surgery and he will require follow-up treatments. The nature of the recovery and treatments are such that Mr. Huddleston will not be able to return to work at all until November 1, 2015. Thereafter, Mr. Huddleston's follow-up treatment will mean that he will only be able to work on a part-time basis after returning to work.

This case presents many complex issues and involves a lengthy record with which Mr. Huddleston has already become familiar in the course of his work on the briefing in this case. In addition to not being able to be represented by its chosen counsel if the scheduled oral argument proceeds unchanged, RLJ would incur substantial expense in having different counsel undertake the preparation necessary to adequately argue its case.

### III. Projected Availability of Lead Counsel for Oral Argument

Mr. Huddleston has consulted with his physicians concerning his surgical convalescence and follow-up treatment. Before this week, Mr. Huddleston's physicians were not able to give Mr. Huddleston reasonably definite advice about the course of his future treatment and recovery. Mr. Huddleston has now been advised that he should be physically able to prepare for and present oral argument for RLJ in this case if the argument can be scheduled for weeks in which he is not to receive the anticipated follow-up treatment. According to the information currently available, Mr. Huddleston will be able to present oral argument on behalf of RLJ during the week of January 25, 2016. Thereafter, Mr. Huddleston would be available every other week to orally argue this case for RLJ.

### IV. Not Opposed Appellant, Cross-Appellee.

On October 29, 2015, counsel for the parties to this appeal conferred concerning this motion. Counsel for Elness Swenson Graham Architects, Inc., Appellant and Cross-Appellee is not opposed to the relief this motion requests.

### V. Relief Requested

For the foregoing reasons, Appellees and Cross-Appellants request that this motion be granted and that the court postpone submission of this case on oral argument until such time as Mr. Huddleston's medical condition and treatment schedule reasonably permit. In the unlikely event that the court is unable to

sufficiently postpone submission of this case on oral argument until such time that Mr. Huddleston is able to argue, RLJ respectfully requests that this argument be postponed to allow sufficient time for another counsel to make the necessary preparation for the presentation of its case by oral argument.  Appellees and Cross-Appellants further request any other relief to which this motion may entitle them.

Respectfully submitted,

MUNSCH HARDT KOPF & HARR PC

/s/ J. Stephen Gibson
Michael W. Huddleston
State Bar No. 10148415
J. Stephen Gibson
State Bar No. 07866000
3800 Ross Tower
500 North Akard Street
Dallas, TX 75201
(214) 855-7500 Main Tel.
(214) 855-7584 Main Fax
mhuddleston@munsch.com
sgibson@munsch.com

**Attorneys For Appellees and Cross- Appellants.**

## CERTIFICATE OF CONFERENCE

On October 29, 2015, counsel for the parties to this appeal conferred concerning this motion. Counsel for Elness Swenson Graham Architects, Inc., Appellant and Cross-Appellee is not opposed to the relief this motion requests.

*/s/ J. Stephen Gibson*
J. Stephen Gibson

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing document upon counsel listed below on this 29th day of October, 2015 by e-file:

Weston M. Davis
Gregory N. Ziegler
Steven R. Baggett
Macdonald Devin, P.C.
1201 Elm Street
3800 Renaissance Tower
Dallas, TX 75270

*/s/ J. Stephen Gibson*